418

27268. DALTON v. RALPH E. MILLS COMPANY et al.

SUTTON, J. 1. Where a bill of exceptions fails to show on its face who is defendant in error, the writ of error must, on motion, be dismissed. *Edwards* v. *Wall*, 153 *Ga.* 776 (113 S. E. 190) ; *Fowler* v. *Wheeler*, 176 *Ga.* 189 (167 S. E. 107) ; *Emmanuel Farm Co.* v. *Batts*, 176 *Ga.* 552 (168 S. E. 316) ; *Malsby* v. *Shipp*, 177 *Ga.* 54 (169 S. E. 308) ; *Poteet* v. *Beaver*, 180 *Ga.* 383 (178 S. E. 721) ; *Vandivere* v. *Smith*, 183 *Ga.* 326 (188 S. E. 540) ; *Federal Deposit Ins. Cor.* v. *Thompson*, 54 *Ga. App.* 611 (188 S. E. 737).

2. An acknowledgment of service of the bill of exceptions by an attorney of record in the trial court, as attorney for named parties, will not cure the defect above stated. *Poteet* v. *Beaver; Vandivere* v. *Smith*, supra. *Writ or error dismissed. Stephens, P. J., and Felton, J., concur.*

DECIDED JANUARY 30, 1939.

*George W. Westmoreland,* for plaintiff.

*T. Elton Drake, Davis & Stephens, H. A. Stephens Jr.,* for defendants.